**Order entered October 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00551-CV

**ANDREA LEONARAD, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIM MORTGAGE ACQUISITION TRUST, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00709-B**

## ORDER

The clerk's record in this case is overdue. By postcard dated July 6, 2016, we notified the Dallas County Clerk that the clerk's record was past due and directed the county clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either the (1) clerk's record, or (2) written verification that appellant has not paid for or made arrangements to pay for the record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification she has not paid for or made arrangements to pay for the record and has not been found entitled*

*to proceed without payment of costs, we will, without further notice, dismiss the appeal. See*

Tᴇx. R. Aᴘᴘ. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the

following persons:

John Warren
Dallas County Clerk


All parties

/s/     CAROLYN WRIGHT<br>CHIEF JUSTICE